# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE R. HERNANDEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant(s). | Case No.: 2:18-cv-00300-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 7, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

In the short life of this case, this is the third order regarding the parties' failure to comply with the basic rules governing practice in this Court. *See also* Docket Nos. 6, 7. The parties and their attorneys are hereby **CAUTIONED** that they must strictly comply with all applicable rules and orders moving forward. **FAILURE TO DO SO MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED.

Dated: April 30, 2018

                                              Nancy J. Koppe<br>                                              United States Magistrate Judge