Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JORGE R. HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>    Defendant. | No. 2:18-cv-00300-JAD-NJK<br><br>ECF No. 10 |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    HARPER/SELIM

_/s/ Mitchell D. Gliner_                    _/s/ Taylor G. Selim_
MITCHELL D. GLINER, ESQ.                    TAYLOR G. SELIM, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 012091
3017 W. Charleston Blvd. # 95               1707 Village Center Circle, # 140
Las Vegas, Nevada 89102                     Las Vegas, Nevada 89134
Attorney for Plaintiff                      Attorneys for Defendant

**ORDER**

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 1, 2018